DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMMORA SIMMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1821

[November 25, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502009CF008001BXXXMB.

Jammora Simms, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH, and ARTAU, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***